IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JACK IN THE BOX, INC. and JACK IN THE BOX EASTERN DIVISION L.P., | § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 5:20-CV-328 |
| vs. | § § | |
| SAN-TEX RESTAURANTS, INC., ANIL S. YADAV, ATOUR EYVAZIAN, and VANDANA YADAV, | § § § § | |
| *Defendants.* | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs/Counter-Claim Defendants, JACK IN THE BOX, INC., DIFFERENT RULES, LLC, JACK IN THE BOX PROPERTIES and its predecessor-in-interest JACK IN THE BOX EASTERN DIVISION, L.P., and Defendants/Counter-Claim Plaintiffs, SAN-TEX RESTAURANTS, INC., ANIL S. YADAV, ATOUR EYVAZIAN, and VANDANA YADAV, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this entire action, with prejudice. Each party shall be responsible for their own attorney' fees and costs.

| | |
|---|---|
| By: */s/ Amanda Crouch*<br>**JACKSON WALKER, LLP**<br>Amanda Crouch<br>State Bar No. 24077401<br>E-mail: acrouch@jw.com<br>1112 E. Pecan Street, Suite 2400<br>San Antonio, Texas 78205<br>Telephone: (210) 978-7784<br>Facsimile: (210) 978-7790<br><br>and<br><br>Stacy Allen<br>State Bar No. 24034185<br>E-mail: stacyallen@jw.com<br>100 Congress Ave, Suite 1100<br>Austin, Texas 78701<br>Telephone: (512) 236-2000<br>Facsimile: (512) 236-2002<br><br>and<br><br>Samuel S. Allen<br>State Bar No. 01057000<br>E-mail: sallen@jw.com<br>136 W. Twohg Ave, Suite B<br>San Angelo, Texas 76903<br>Telephone: (325) 481-2550<br>Facsimile: (325) 481-2552<br><br>*Attorneys for Plaintiffs* | By: */s/Robert F. Salkowski*<br>**ZARCO, EINHORN, SALKOWSKI &**<br>**BRITO, P.A.**<br>Robert Zarco (PHV)<br>Robert F. Salkowski (PHV)<br>2 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131<br><br>Telephone: (305)374-5418<br>Facsimile: (305)374-5428<br>E-mail: rzarco@zarcolaw.com<br>E-mail: rsalkowski@zarcolaw.com<br><br>and<br><br>**NAMAN, HOWELL, SMITH, & LEE, PLLC**<br>David L. Ortega<br>State Bar No. 00791377<br>E-mail: dortega@namanhowell.com<br>Telephone: (210) 731-6354<br>Fax: (210) 785-2951<br>10001 Reunion Place, Suite 600<br>San Antonio, Texas 78216<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was served via CM/ECF in accordance with the Federal Rules of Civil Procedures on this 26th day of February, 2021, to the following counsel of record:

| | | |
|---|---|---|
| Amanda Crouch<br>Jackson Walker, LLP<br>1112 E. Pecan Street<br>Suite 2400<br>San Antonio, Texas 78205 | Stacy Allen<br>Jackson Walker, LLP<br>100 Congress Ave, Suite 1100<br>Austin, Texas 78701 | Samuel S. Allen<br>Jackson Walker, LLP<br>136 W. Twohg Ave<br>Suite B<br>San Angelo, Texas 76903 |

By: */s/Robert F. Salkowski*
Robert F. Salkowski